United States District Court
Southern District of Texas
**ENTERED**
January 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSCAR LOPEZ ACOSTA, <br> A #219-296-227, <br> Petitioner, <br><br> VS. <br><br> MARTIN L FRINK, *et al.*, <br><br> Respondents. | § § § § § § § § § § | CIVIL ACTION NO. 4:26-CV-00063 |

### ORDER

The petitioner, Oscar Lopez Acosta, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Houston Contract Detention Facility. Pending is his motion for a temporary restraining order ("TRO"). Doc. No. 3. The Court considered the submissions of the parties on the pending TRO and **ORDERS** as follows:

1. To preserve the status quo for the adjudication of the issues in this case, the Court finds good cause to **GRANT** the petitioner's motion for a TRO (Doc. No. 3) in part, insofar as the Respondents must coordinate with the National Visa Center ("NVC") to allow Acosta to appear by zoom for his February 3, 2026, visa interview and to allow Acosta to submit his original documents to the NVC through his representative.

2. In the alternative, the Respondents must coordinate with the NVC to allow Acosta to reschedule his visa interview to occur no later than **May 3, 2026**.

3. The parties shall submit a status report by **Monday, February 2, 2026**, advising the Court of their compliance with this Order.

The Clerk of Court will provide a copy of this Order to the parties.

SIGNED on this 28th day of January 2026.

---
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE