United States District Court
Southern District of Texas
**ENTERED**
February 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSCAR LOPEZ ACOSTA, <br> A #219-296-227, <br> Petitioner, <br><br> VS. <br><br> MARTIN L FRINK, *et al.*, <br><br> Respondents. | §§§§§§§§§§ | CIVIL ACTION NO. 4:26-CV-00063 |

## ORDER

Based on the representations of the parties at the Status Conference and on the Status Report filed thereafter, the Court's Order partially granting the motion for a temporary restraining order (Doc. No. 11) is **VACATED**.

It is **SO ORDERED**.

The Clerk of Court will provide a copy of this Order to the parties.

SIGNED this ___2nd___ day of February 2026.

                                                                                  _____
                                                                                  ANDREW S. HANEN
                                                                                  UNITED STATES DISTRICT JUDGE